UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DARRYL D. MCGHEE,**

    **Plaintiff,**

v.                                                          Case No. 5:23-cv-164-TKW/MJF

**CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHAB, et al.,**

    **Defendants.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5) and Plaintiff's objection (Doc. 6). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice under the "three strikes statute," 28 U.S.C. §1915(g).

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice under 28 U.S.C. §1915(g).

3. The Clerk shall terminate all pending motions, enter judgment in accordance with this Order, and close the case file.

**DONE and ORDERED** this 31st day of July, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**